UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHNNY WILLIAM JOHNSON, III,<br><br>                    Petitioner,<br>     v.<br>WARDEN GITTOZ,<br><br>                    Respondent. | Case No. 3:18-cv-00450-MMD-WGC<br><br>ORDER |

Petitioner has submitted a notice of appeal from a decision of the Nevada Supreme Court. Two problems exist. First, Petitioner has neither paid the filing fee nor submitted an application to proceed *in forma pauperis*. Second, this Court lacks jurisdiction to consider an appeal from a judgment of a state court. *See District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 476, 483 n.16 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 415-16 (1923). To the extent that Petitioner seeks relief from a judgment of conviction of a state court, his sole federal remedy is through a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973). The Court cannot construe the notice of appeal as a habeas corpus petition because Petitioner has not alleged any grounds for relief.[1]

It is therefore ordered that the Clerk of Court shall send petitioner a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 form with instructions.

---

[1]The Court's preliminary calculations show that a petition for a writ of habeas corpus, if filed promptly after petitioner's receipt of this order, would be timely under 28 U.S.C. § 2244(d)(1).

It is further ordered that this action is dismissed without prejudice for lack of jurisdiction. The Clerk of Court shall enter judgment accordingly and close this action.

It is further ordered that a certificate of appealability, to the extent that one is necessary, will not issue.

DATED THIS 5th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE